*Runyon W. Martin et al* v. *Frederick W. Aiken et al.* C. A. PUGSLEY, for complainant; C. STEVENS, for defendants. Motion to amend bill of complaint denied with costs.

*George R. Chittenden* v. *James Fisher et al.* B. F. AGAN, for complainant ; J. W. THOMPSON, for defendants. Order to take the bill as confessed, and all subsequent proceedings, set aside ; with liberty to defendant to put in his answer, within twenty days. Complainants costs to be costs in the cause.